NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3013

JAIME ROSADO,

Petitioner,

v.

DEPARTMENT OF THE AIR FORCE,

Respondent.

Petition for review of the Merit Systems Protection Board in
DA0432890528-P-1.

ON MOTION

Before MAYER, SCHALL, and MOORE, Circuit Judges.

PER CURIAM.

## O R D E R

Jaime Rosado moves for reconsideration of the court's April 3, 2009 order
denying his motion to reinstate his petition for review.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

__JUL 2 1 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jaime Rosado
Robert C. Bigler, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 1 2009

JAN HORBALY
CLERK